NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN S. HASKELL and PCP GROUP, )
LLC, )
                                    )
               Petitioners, )
                                    )
v. )          Case No. 2D19-908
                                    )
UNNI HASKELL, )
                                    )
               Respondent. )
_____ )

Opinion filed November 20, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Doneene Loar,
Judge

Kevin D. Fantauzzo, St. Petersburg;
and Gregory T. Elliott of Elliott-Berger,
P.A., Largo, for Petitioners.

Eric R. Maier and Michael L. Lundy of
Older Lundy & Alvarez, Tampa, for
Respondent.


PER CURIAM.


         Denied.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.